**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000506
25-JUN-2026
08:49 AM
Dkt. 29 ODSD**

NO. CAAP-25-0000506

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

SERINA M. SANTA MONICA, Plaintiff-Appellee,
v.
WILLIAM WONG, Defendant-Appellee, and
MEGAN WONG, Defendant-Appellant, and
STANLEY WONG, GOLDEN WONG, KONA WONG,
Defendants-Appellees, and
ALL THOSE TAKING UNDER THEM, Does 1-50,
Defendants.

APPEAL FROM THE DISTRICT COURT OF THE FIFTH CIRCUIT
(CASE NO. 5DRC-24-0000752)

ORDER DISMISSING APPEAL
(By: Nakasone, Chief Judge, Wadsworth and Gluck, JJ.)

Upon review of the record, it appears that:

(1) The statement of jurisdiction was due, without extension, on or before September 19, 2025, and the opening brief was due on a second extension on or before March 6, 2026;

(2) Self-represented Defendant-Appellant Megan Wong (**Wong**) failed to file either document or request an extension of time to file the statement of jurisdiction or a third extension of time to file the opening brief;

(3) On March 12, 2026, the appellate clerk entered a default notice informing Wong that the time for filing the statement of jurisdiction and opening brief had expired, the

matter would be called to the court's attention on March 23, 2026, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and Wong could request relief from default by motion; and

(4) Wong has not taken any further action in this appeal since the court granted her November 18, 2025 Motion for a Second Extension of Time to File the Opening Brief.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, June 25, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Daniel M. Gluck
Associate Judge